ORIGINAL

(14
5/31/01

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG

MAY 3 1 2001

MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

| | | |
|---|---|---|
| NANCY DREW SUDERS | : | |
| **Plaintiff** | : | |
| | : | No. 1:CV-00-1655 |
| v. | : | |
| | : | (Judge Rambo) |
| ERIC D. EASTON, et al., | : | |
| **Defendants** | : | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R.Civ. P 56, defendants, Pennsylvania State Police, Eric Easton, William

Baker, Eric Prendergast, and Virginia Smith, by their attorneys, hereby move the Court for summary

judgment because there is no genuine issue as to any material facts and defendants are entitled to

judgment in their favor as a matter of law.

In support of this motion, defendants simultaneously file a brief, statement of material and

undisputed facts, and documents in support of summary judgment.

**WHEREFORE**, defendants ask the Court to grant their motion and enter summary judgment

in their favor.

Respectfully submitted,

**D. MICHAEL FISHER**
**Attorney General**

BY: *Sarah C. Yerger*

**SARAH C. YERGER**
**Deputy Attorney General**

**SUSAN J. FORNEY**
**Chief Deputy Attorney General**
**Chief, Litigation Section**

**Office of Attorney General**
**Litigation Section**
**15th Fl., Strawberry Square**
**Harrisburg, PA  17120**
**(717) 705-2503**
**DATED: May 31, 2001**

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

NANCY DREW SUDERS             :
      Plaintiff                :
                            :     No. 1:CV-00-1655
      v.                      :
                            :     (Judge Rambo)
ERIC D. EASTON, et al.,         :
      Defendants             :

## <u>CERTIFICATE OF NONCONCURRENCE</u>

I, SARAH C. YERGER, hereby certify that concurrence in this motion was sought from

plaintiff's counsel, who has not concurred in this motion.

SARAH C. YERGER
Deputy Attorney General

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NANCY DREW SUDERS** | : | |
| **Plaintiff** | : | |
| | : | **No. 1:CV-00-1655** |
| **v.** | : | |
| | : | **(Judge Rambo)** |
| **ERIC D. EASTON, et al.,** | : | |
| **Defendants** | : | |

## CERTIFICATE OF SERVICE

I, **SARAH C. YERGER**, Deputy Attorney General for the Commonwealth of

Pennsylvania, hereby certify that on May 31, 2001, I caused to be served a copy of the foregoing

document entitled **Defendants' Motion for Summary Judgment,** by depositing same in the United

States Mail, first class, postage prepaid, in Harrisburg, Pennsylvania, upon the following:

Don Bailey, Esquire
4311 North 6th Street
Harrisburg, PA 17110

**SARAH C. YERGER**
**Deputy Attorney General**