# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

---

01-3512

---

NANCY DREW SUDERS,

Appellant,

v.

ERIC D. EASTON, WILLIAM D. BAKER, ERIC B. PRENDERGAST,
VIRGINIA SMITH ELLIOTT, AND THE PENNSYLVANIA STATE POLICE

---

On Appeal from the United States District Court
for the Middle District of Pennsylvania

District Court Judge: The Honorable Sylvia H. Rambo
(00-CV-01655)

---

Argued on April 11, 2002

Before: McKEE and FUENTES, <u>Circuit Judges</u>, and POGUE,* <u>Judge</u>

---

* The Honorable Donald C. Pogue, United States Court of International Trade, sitting by
designation.

FILED
HARRISBURG, PA

MAY 12 2003

MARY E. D'ANDREA, CLERK
Per ____ Deputy Clerk

JUDGMENT

This cause came to be heard on the record from the United States District Court for

the Middle District of Pennsylvania and was argued on April 11, 2002.

On consideration whereof, it is now here ORDERED and ADJUDGED by this

Court that the Order of the said District Court entered on August 16, 2001, be and the

same is, hereby REVERSED and REMANDED for a disposition on the merits of

plaintiff's claims pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §

2000e, et seq., against the Pennsylvania State Police.  All of the above in accordance with

the opinion of this Court.


ATTEST:

*Marcia M. Waldron*

Clerk

Dated:   April 16, 2003


**Certified as a true copy and issued in lieu**

**of a formal mandate on 5/8/03**

**Teste:**   *Marcia M. Waldron*

**Clerk, U.S. Court of Appeals for the Third Circuit.**

2

Case 1:00-cv-01655-SHR Document 30 Filed 05/12/2003 Page 3 of 3

OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS
### FOR THE THIRD CIRCUIT

Marcia M. Waldron
Clerk

21400 United States Courthouse
601 Market Street
Philadelphia PA 19106-1790

Telephone
267-299-4938

www.ca3.uscourts.gov

May 8, 2003

Mrs. Mary D'Andrea
U.S. District Court for the Middle District of Pennsylvania
Middle District of Pennsylvania
228 Walnut Street
Room 1060
Harrisburg, PA  17108

RECEIVED

RE: Docket No. 01-3512
    Suders  vs. Easton
    D. C. CIV. No. 00-cv-01655

MAY 1 2 2003

MARY E. D'ANDREA, CLERK

Dear Mrs. D'Andrea:

    Enclosed is a certified copy of the judgment in the above-entitled case(s), together with copy of the opinion. The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

    (X) We release herewith the certified list in lieu of the record.

    Kindly acknowledge receipt for same on the enclosed copy of this letter.

    Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.

                        Very truly yours,
                        MARCIA M. WALDRON
                        Clerk

                    By: Tonya Y. Wyche
                        Case Manager

Enclosure

cc:
        Donald A. Bailey, Esq.
        Sarah C. Yerger, Esq.

        ackn'd
        5/12/03