# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NANCY DREW SUDERS, | : | |
| Plaintiff | : | NO. 1:00-CV-1655 |
| | : | |
| v. | : | |
| | : | JUDGE SYLVIA H. RAMBO |
| ERIC D. EASTON, ET AL., | : | |
| Defendants | : | |

**FILED** JUN 0 3 2003 PER- HARRISBURG, PA,    DEPUTY CLERK

## DEFENDANTS' MOTION TO CANCEL SCHEDULING
## CONFERENCE AND STAY PROCEEDINGS

Defendants, by their counsel, with the concurrence of Plaintiff, by her counsel, respectfully move the Court to cancel the scheduling conference set for June 23, 2003, and to stay proceedings in this action pending a decision by the Supreme Court of the United States on the Defendants' petition for writ of certiorari. In support hereof, Defendants state as follows:

1.    This is a civil action brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.*

2.    This Court granted Defendants' motion for summary judgment which Plaintiff appealed to the Court of Appeals for the Third Circuit.

3.    By opinion and judgment dated April 16, 2003, the Court of Appeals reversed the decision of this Court. In so doing, the Court of Appeals held that a constructive discharge, when demonstrated, can constitute a tangible employment action within the meaning of Burlington Industries, Inc. v. Ellerth, 524 U.S. 742 (1998), and Faragher v. City of Boca Raton, 524 U.S. 775 (1998), and when an employee raises a genuine issue of material fact as to a claim of constructive discharge, an employer may not assert the affirmative defense of the employer's having exercised reasonable care to prevent and correct sexually harassing behavior and the employee's having failed

to take advantage of preventive or corrective opportunities provided by the employer.  Slip. op. At 3-4.

4.      Because this holding of the Court of Appeals for the Third Circuit places it in conflict with the holdings of other Circuits and presents an important issue of national significance to the interpretation and application of Title VII, the Defendants will be filing a petition for writ of certiorari in the Supreme Court of the United States within the next 4 - 6 weeks.

5.      The interest of economy of resources, both judicial and litigant, support canceling the case management conference and staying proceedings pending a decision by the Supreme Court of the United States on the petition for writ of certiorari.

6.      If certiorari is granted, this Court should have the benefit of the Supreme Court's holding and rationale as it considers the issues on remand.  If certiorari is denied, the relatively short delay will not unnecessarily prolong the final disposition of the case.

7.      Plaintiff's counsel has been contacted and has expressed his concurrence in this motion.  Thus, there would be no prejudice to Plaintiff's rights by the Court's granting a stay.

8.      Thus, conservation of resources, both judicial and litigant, support this unopposed motion for a stay of proceedings.

WHEREFORE, Defendants' motion to cancel the case management conference and stay proceedings should be granted.

Respectfully submitted,

D. MICHAEL FISHER
ATTORNEY GENERAL


By: _____
GREGORY R. NEUHAUSER
SENIOR DEPUTY ATTORNEY GENERAL
Attorney I.D. #31485

SARAH C. YERGER
DEPUTY ATTORNEY GENERAL

SUSAN J. FORNEY
CHIEF DEPUTY ATTORNEY GENERAL

Attorneys for Defendants


Civil Litigation Section
15th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 787-8106
DATE: June 3, 2003

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NANCY DREW SUDERS, | : | |
| Plaintiff | : | NO. 1:00-CV-1655 |
| | : | |
| v. | : | |
| | : | JUDGE SYLVIA H. RAMBO |
| ERIC D. EASTON, ET AL., | : | |
| Defendants | : | |

### CERTIFICATE OF SERVICE

I, **Gregory R. Neuhauser,** Senior Deputy Attorney General for the Commonwealth of

Pennsylvania, Office of Attorney General, hereby certify that on **June 3, 2003,** I caused to be served

a true and correct copy of the foregoing document **Defendants' Motion to Cancel Scheduling**

**Conference and Stay Proceedings,** by depositing it in the United States mail, postage prepaid, in

Harrisburg, PA., addressed to the following:

Don Bailey, Esquire
4311 N. 6th Street
Harrisburg, PA 17110
(717) 221-9600
(Counsel for Plaintiff)

GREGORY R. NEUHAUSER
SENIOR DEPUTY ATTORNEY GENERAL
Attorney I.D. #31485

Civil Litigation Section
15th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 787-8106
DATE: June 3, 2003