# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NANCY DREW SUDERS,                          :
                     Plaintiff          :          NO. 1:00-CV-1655
                                            :
              v.                                  :
                                              :          JUDGE SYLVIA H. RAMBO
ERIC D. EASTON, ET AL.,                     :
                     Defendants       :

## CERTIFICATE OF CONCURRENCE

Gregory R. Neuhauser, Senior Deputy Attorney General, hereby certifies that concurrence in the foregoing motion was sought and obtained from counsel for Plaintiff, Don Bailey, Esquire.

_(signature)_

GREGORY R. NEUHAUSER
SENIOR DEPUTY ATTORNEY GENERAL
Attorney I.D. #31485

Civil Litigation Section
15th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 787-8106
DATE: June 3, 2003