**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NANCY DREW SUDERS, | : | |
| Plaintiff | : | NO. 1:00-CV-1655 |
| | : | |
| v. | : | |
| | : | JUDGE SYLVIA H. RAMBO |
| ERIC D. EASTON, ET AL., | : | |
| Defendants | : | |

## ORDER

AND NOW, this _____ day of June, 2003, upon consideration of Defendants' motion and Plaintiff's concurrence therewith, IT IS HEREBY ORDERED that the scheduling conference previously set for June 23, 2003 is canceled, and all proceedings in this action are stayed pending a decision by the Supreme Court of the United States on the Defendants' petition for writ of certiorari to the Court of Appeals for the Third Circuit.

BY THE COURT:

_____

SYLVIA H. RAMBO
United States District Judge