# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

RECEIVED
JUL 21 2003
U.S.C.A. 3rd Cir.

July 17, 2003

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA  19106

FILED
HARRISBURG, PA

JUL 24 2003

MARY E. D'ANDREA, CLERK
Per _____

Re:  Pennsylvania State Police
     v. Nancy Drew Suders
     No. 03-95
     (Your No. 01-3512)

Dear Clerk:

00-cv-01655 (Harrisburg)

  The petition for a writ of certiorari in the above entitled case was filed on July 14, 2003 and placed on the docket July 17, 2003 as No. 03-95.

                              Sincerely,

                              **William K. Suter**, Clerk

                              by
                              Ruth Jones
                              Case Analyst