OFFICE OF THE CLERK

**MARCIA M. WALDRON**

CLERK

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

TELEPHONE
215-597-2995

00-1655
J. Rambo

January 27, 2004

Mary D'Andrea, Clerk
United States District Court for the Middle District of Pennsylvania
228 Walnut Street
Harrisburg, PA 17108

FILED
HARRISBURG, PA

FEB 0 2 2004

MARY E. D'ANDREA, CLERK
Per _____

RE:   Docket No. 01-3512 (your no. D.C. Civil No. 00-cv-05047)
      PA State Police vs. Nancy Suders

Dear Clerk:

Pursuant to the request from the Clerk of the Supreme Court of the United States, I am forwarding a copy of the enclosed letter. Please forward the lower court record in the above-entitled case directly to the office of the United States Supreme Court at the address listed below:

> **Supreme Court of the United States**
> **Office of the Clerk**
> **1 First Street, N.E.**
> **Supreme Court Building**
> **Washington, DC  20543**

Very truly yours,
MARCIA M. WALDRON, Clerk

By:   Tonya Wyche
      Case Manager
      Direct Dial 267-299-4938

cc: Eleanor Lyles

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

January 23, 2004

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106

Re:   No. 03-95   Pennsylvania State Police v. Nancy Drew Suders
      (Your No. 01-3512)

Dear Clerk:

Pursuant to Rule 12.7 of the Rules of the Supreme Court of the United States, you are requested to certify and transmit immediately the entire record in the above case to this office. Please indicate in this transmittal all exhibits, lodgings, and <u>briefs that have been filed</u>.

Please be certain to <u>include a transmittal letter</u> referencing this Court's docket number. It is critical that you note if the record, or any portion of the record, has been sealed or contains confidential information. If this type of information is contained in the record, these documents must be enclosed in a separate envelope or box and marked accordingly.

If your court is not in possession of the lower court record, please forward a copy of this letter and a request for the lower court to transmit its record directly to this office.

If you have any questions please contact me. Your prompt attention to this matter will be greatly appreciated.

Kindly acknowledge receipt of this letter.

Sincerely,

**William K. Suter**, Clerk

by

Eleanor Lyles
Assistant Clerk
(202) 479-3125

cc:  Counsel of Record