# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

August 3, 2004

Clerk
United States District Court
for the Middle District of Pennsylvania
U.S. Courthouse
228 Walnut Street, Room 1060
Harrisburg, PA  17108-0983

    Re:  Pennsylvania State Police
          v. Nancy Drew Suders
          No. 03-95
          (Your No. 1:CV-00-1655)

Dear Clerk:

In light of the disposal of the above-entitled case by this Court, I am returning the original record and any exhibits to you – 1 envelope.

Kindly acknowledge receipt of this record on the enclosed copy of this letter.

Sincerely,

**William K. Suter**, Clerk

by Eleanor D. Lyles

Eleanor Lyles
Assistant Clerk