IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NANCY DREW SUDERS,** : | **CIVIL NO. 1:CV-00-1655** |
|     **Plaintiff** : | |
| : | |
|     v. : | |
| : | |
| **ERIC D. EASTON;** : | |
| **WILLIAM D. BAKER;** : | |
| **ERIC B. PRENDERGAST;** : | |
| **VIRGINIA SMITH ELLIOTT;** : | |
| **and THE PENNSYLVANIA** : | |
| **STATE POLICE,** : | |
| : | |
|     **Defendants** : | |

**O R D E R**

      On June 14, 2004, the United States Supreme Court issued an opinion in the captioned matter.  That opinion has not yet been filed with the district court.  Therefore, from a review of the docket, the present status of this case is not clear to this court.  Accordingly, **IT IS HEREBY ORDERED THAT** no later than September 27, 2004, counsel for Plaintiff shall file a report with this court on the status of the captioned action.

                                                      s/Sylvia H. Rambo
                                                      Sylvia H. Rambo
                                                      United States District Judge

Dated:  September 14, 2004.