COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL

Gerald J.. Pappert
  Attorney General         September 14, 2004

REPLY TO:
Litigation Section
15th Fl, Strawberry Sq.
Harrisburg, *PA*. 17120
PHONE:(717) 705-2503
FAX: (717) 772-4526

Don Bailey, Esquire
4311 N. 6th Street
Harrisburg, Pennsylvania 17110

Re: <u>Suders v. Easton. et.al</u>.

Dear Don

    I am in receipt of your settlement offer of        in this case I have discussed it with my client and the PSP rejects your offer. There will not be counteroffer at this time.

    With regard to your request that the status report be done under seal rather than filed, I do not have any objections to this,

Sincerely,

Sarah C. Yerger
Deputy Attorney General.

Cc:  John Knorr, CDAG
      Howard Hopkirk, DAG