```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| NANCY DREW SUDERS, | : | CIVIL NO. 1:CV-00-1655 |
| PLAINTIFF | : | |
| | : | (JUDGE RAMBO) |
| V. | : | |
| | : | (ELECTRONICALLY FILED) |
| ERIC D. EASTON, WILLIAM D. | : | |
| BAKER, ERIC B. PRENDERGAST, | : | |
| VIRGINIA SMITH ELLIOTT and THE | : | |
| PENNSYLVANIA STATE POLICE, | : | |
| DEFENDANTS | : | |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT FOR THE UNITED STATES DISTRICT COURT:

Please enter the appearance of Samuel C. Stretton, Esquire, on behalf of the Plaintiff, Nancy Drew Suders, in the captioned matter.

                              Respectfully submitted,


                              s/Samuel C. Stretton_____
                              Samuel C. Stretton, Esquire
                              Attorney for Plaintiff,
                               Nancy Drew Suders
                              301 South High Street
                              P.O. Box 3231
                              West Chester, PA  19381-3231
                              (610) 696-4243
                              Attorney I.D. No. 18491

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY DREW SUDERS, : | CIVIL NO. 1:CV-00-1655 |
|       PLAINTIFF  : | |
| : | (JUDGE RAMBO) |
|     V.  : | |
| : | (ELECTRONICALLY FILED) |
| ERIC D. EASTON, WILLIAM D. : | |
| BAKER, ERIC B. PRENDERGAST, : | |
| VIRGINIA SMITH ELLIOTT and THE : | |
| PENNSYLVANIA STATE POLICE, : | |
|       DEFENDANTS  : | |

**CERTIFICATE OF SERVICE**

I hereby certify I am this date serving a copy of my Entry of Appearance on behalf of the Plaintiff, Nancy Drew Suders, in the captioned matter, upon the following persons in the manner indicated below.

Service by First Class Mail addressed as follows:

1. Sarah Yerger, Esquire
   Senior Attorney General
   Attorney General's Office
   15th Floor Strawberry Square
   Harrisburg, PA  17120

2. Donald Bailey, Esquire
   4311 North Sixth Street
   Harrisburg, PA  17110

|  |  |
|---|---|
| | Respectfully submitted, |
| 12/13/04 | s/Samuel C. Stretton_____ |
| Date | Samuel C. Stretton, Esquire |
| | Attorney for Plaintiff, |
| |  Nancy Drew Suders |
| | 301 South High Street |
| | P.O. Box 3231 |
| | West Chester, PA  19381-3231 |
| | (610) 696-4243 |
| | Attorney I.D. No. 18491 |

Case 1:00-cv-01655-SHR   Document 41   Filed 12/13/2004   Page 3 of 3