IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NANCY DREW SUDERS** : | |
| Plaintiff : | |
| : | No. 1:CV-00-1655 |
| v. : | |
| : | (Judge Rambo) |
| **ERIC D. EASTON, et al.,** : | |
| Defendants : | |

## ENTRY OF APPEARANCE

Please enter my appearance in the above-captioned action on behalf of the defendants, Eric D. Easton, William D. Baker, Eric B. Prendergast, Virginia Smith Elliot, Pennsylvania State Police.

        Respectfully submitted,

        **GERALD J. PAPPERT**
        Attorney General

BY:  s/Howard G. Hopkirk_____
        **HOWARD G. HOPKIRK**
        Deputy Attorney General
        Attorney ID 74264

        **SUSAN FORNEY**
        Chief Deputy Attorney General
        Litigation Section

Office of Attorney General
15th Fl., Strawberry Square
Harrisburg, PA 17120
Direct:  (717) 783-1478
Fax:  (717) 772-4526
Date: January 12, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NANCY DREW SUDERS** : | |
| **Plaintiff** : | |
| : | No. 1:CV-00-1655 |
| **v.** : | |
| : | (Judge Rambo) |
| **ERIC D. EASTON, et al.,** : | |
| **Defendants** : | |

## CERTIFICATE OF SERVICE

I, Howard G. Hopkirk, Senior Deputy Attorney General, hereby certify that I have this day served the foregoing Entry of Appearance, via electronic filing to the following:

Donald Bailey, Esquire
4311 North 6th Street
Harrisburg, PA 17110

Samuel Stretton, Esquire
4311 North 6th Street
Harrisburg, PA 17110

                                            s/Howard G. Hopkirk_____
                                            HOWARD G. HOPKIRK
                                            Senior Deputy Attorney General

DATE:   January 21, 2005