IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NANCY DREW SUDERS**<br>    **Plaintiff** | :<br>:<br>:    No. 1:CV-00-1655 |
| v. | :<br>:    (Judge Rambo) |
| **ERIC D. EASTON, et al.,**<br>    **Defendants** | :<br>: |

### DEFENDANT'S MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF PLAINTIFF WITH RESPECT TO AGE DISCRIMINATION OR HARASSMENT

Defendant hereby moves this Court for an order directing plaintiff not to testify about any age discrimination or any age related harassment that she believed occurred. Specifically, plaintiff should not present testimony or evidence that Easton stated "it's awful getting old isn't it"; that Easton commented "a 25 year old fresh out of college could catch on faster than plaintiff"; that Baker commented several times that he should call plaintiff "mamma" because of her age or any reference to mamma.

The reason for this motion is contained in defendant's brief filed this date.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY DREW SUDERS<br>        Plaintiff | :<br>:<br>:    No. 1:CV-00-1655 |
| v. | :<br>:    (Judge Rambo) |
| ERIC D. EASTON, et al.,<br>        Defendants | :<br>: |

## CERTIFICATE OF SERVICE

I, SARAH C. YERGER, Senior Deputy Attorney General, hereby certify that I have this day served the foregoing Defendant's Motion In Limine to Exclude the Testimony of Plaintiff with Respect to Age Discrimination or Harassment, via electronic filing to the following:

Donald Bailey, Esquire
4311 North 6th Street
Harrisburg, PA 17110

Samuel Stretton, Esquire
4311 North 6th Street
Harrisburg, PA 17110

                                     s/Sarah C. Yerger
                                     SARAH C. YERGER
                                     Senior Deputy Attorney General

DATE: January 21, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NANCY DREW SUDERS  :
    Plaintiff  :
      :  No. 1:CV-00-1655
v.  :
      :  (Judge Rambo)
ERIC D. EASTON, et al.,  :
    Defendants  :

## ORDER

AND NOW, this _____ day of January 2005, upon consideration of defendants' motion in limine to exclude the testimony of plaintiff with respect to age discrimination or harassment, it is hereby ordered that the motion is granted.

BY THE COURT:

_____
SYLVIA H. RAMBO
United States District Judge