IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY DREW SUDERS<br>　　Plaintiff | :<br>:<br>:　No. 1:CV-00-1655 |
| v. | :<br>:　(Judge Rambo) |
| ERIC D. EASTON, et al.,<br>　　Defendants | :<br>: |

## DEFENDANT'S MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF PLAINTIFF OR PLAINTIFF'S WITNESSES WITH RESPECT TO RETALIATION

Defendant hereby moves this Court for an order directing plaintiff not to testify or present testimony from any witness, about any retaliation that she believed occurred. Specifically, plaintiff should not present testimony or evidence that Easton retaliated against Suders for not helping Easton's son get a job.

The reason for this motion is contained in defendant's brief filed this date.

Respectfully submitted,

THOMAS W. CORBETT, JR.
Attorney General

BY:   s/Sarah C. Yerger
SARAH C. YERGER
Senior Deputy Attorney General
I.D. No. 70357

s/Howard G. Hopkirk
Howard G. Hopkirk
Senior Deputy Attorney General
I.D. No. 74264

SUSAN J. FORNEY
Chief Deputy Attorney General
Chief, Litigation Section

Office of Attorney General
Litigation Section
15th Fl., Strawberry Square
Harrisburg, PA  17120
(717) 705-2503 - Direct
(717) 772-4526 - FAX
DATED:  January 21, 2005

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY DREW SUDERS<br>    Plaintiff<br><br>v.<br><br>ERIC D. EASTON, et al.,<br>    Defendants | :<br>:<br>:   No. 1:CV-00-1655<br>:<br>:   (Judge Rambo)<br>:<br>: |

## CERTIFICATE OF SERVICE

I, SARAH C. YERGER, Senior Deputy Attorney General, hereby certify that I have this day served the foregoing DEFENDANT'S MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF PLAINTIFF OR PLAINTIFF'S WITNESSES WITH RESPECT TO RETALIATION, via electronic filing to the following:

Donald Bailey, Esquire
4311 North 6th Street
Harrisburg, PA 17110

Samuel Stretton, Esquire
4311 North 6th Street
Harrisburg, PA 17110

                                        s/Sarah C. Yerger
                                        SARAH C. YERGER
                                        Senior Deputy Attorney General

DATE: January 21, 2005