## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NANCY DREW SUDERS** | ) | CIVIL ACTION LAW |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| vs. | ) | NO. 1:CV-00-1655 |
| | ) | |
| **ERIC EASTON, WILLIAM D.** | ) | |
| **BAKER, ERIC B. PRENDERGAST** | ) | Judge Rambo |
| **VIRGINIA SMITH ELLIOTT,** | ) | |
| **AND THE PENNSYLVANIA** | ) | |
| **STATE POLICE,** | ) | JURY TRIAL DEMANDED |
| | ) | |
| **Defendants** | ) | |

## PLAINTIFF'S ENLARGEMENT OF TIME
## TO FILE PRE TRIAL MEMORANDUM

1) On or about Friday, February 11, 2005 Plaintiff's Pre Trial Memorandum is due.

2.) Plaintiff's counsel is requesting an enlargement of time until Monday, February 14, 2005 to file his response.

3.) Opposing counsel Sarah Yerger Esquire was contacted and she concurs in this request.

4.) Plaintiff's enlargement of time is brief in duration and will not affect the Courts trial schedule.

**WHEREFORE** the Court is respectfully requested to grant plaintiff's enlargement of time until February 14, 2005 to file Plaintiff's Pre Trial Memorandum.

RESPECTFULLY SUBMITTED,

**BAILEY & OSTROWSKI**

By: s/Don Bailey, Esquire
4311 N. 6th Street
Harrisburg, PA  17110
(717) 221-9500

## **CERTIFICATE OF SERVICE**

I, Don Bailey do hereby certify that on this 9th day of February 2005 I served a true and correct copy of the following Document to the attorney listed below by Electronic Means:

Sarah Yerger, Esquire
Senior Deputy Attorney General
Civil Litigation Section
15th Floor, Strawberry Square
Harrisburg, Pa 17108

Samuel C. Stretton, Esquire
601 South High Street
West Chester, PA  19381

                                       RESPECTFULLY SUBMITTED,

                                       **BAILEY & OSTROWSKI**

By:        s/Don Bailey, Esquire
              4311 N. 6th Street
              Harrisburg, PA  17110
              (717) 221-9500