IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NANCY DREW SUDERS** | ) | CIVIL ACTION LAW |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| vs. | ) | NO. 1:CV-00-1655 |
| | ) | |
| ERIC EASTON, WILLIAM D. | ) | |
| BAKER, ERIC B. PRENDERGAST | ) | Judge Rambo |
| VIRGINIA SMITH ELLIOTT, | ) | |
| AND THE PENNSYLVANIA | ) | |
| STATE POLICE, | ) | JURY TRIAL DEMANDED |
| | ) | |
| **Defendants** | ) | |

## ORDER

**AND NOW** this ___ day of February 2005 Plaintiff's Enlargement of Time to File Her Pre Trial Memorandum is **GRANTED**:

_____
J. Rambo