IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NANCY DREW SUDERS,** | : CIVIL NO. 1:CV-00-1655 |
| **Plaintiff** | : |
| v. | : |
| **THE PENNSYLVANIA STATE POLICE,** | : |
| **Defendant** | : |

# **O R D E R**

Upon consideration of Plaintiff's Motion for Enlargement of Time to File Pre-Trial Memorandum (Doc. 49), **IT IS HEREBY ORDERED THAT** said motion is **GRANTED**. Plaintiff shall file her pre-trial memorandum no later than 12:00 p.m. on Monday February 14, 2005.

                                                  s/Sylvia H. Rambo
                                                  Sylvia H. Rambo
                                                  United States District Judge

Dated: February 10, 2005.