IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NANCY DREW SUDERS** | : | |
| **Plaintiff** | : | |
| | : | No. 1:CV-00-1655 |
| v. | : | |
| | : | (Judge Rambo) |
| **PENNSYLVANIA STATE POLICE,** | : | |
| **Defendant** | : | (Electronically Filed) |

## DEFENDANT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO THE REPORT OF THE INDEPENDENT MONITOR OF THE PENNSYLVANIA STATE POLICE DATED SEPTEMBER 27, 2004

Defendant hereby moves this Court for an order excluding evidence relating to the Report of the Independent Monitor of the Pennsylvania State Police Dated September 27, 2004 (Attachment A).

The reasons in support of this motion are contained in defendant's brief filed this date.

                    **Respectfully submitted,**

                    **THOMAS W. CORBETT, JR.**
                    **Attorney General**

**BY:**   <u>**s/Sarah C. Yerger**</u>
        **SARAH C. YERGER**
        **Senior Deputy Attorney General**
        **I.D. No. 70357**

        <u>**s/Howard G. Hopkirk**</u>
        **Howard G. Hopkirk**
        **Senior Deputy Attorney General**
        **I.D. No. 74264**

        **SUSAN J. FORNEY**
        **Chief Deputy Attorney General**
        **Chief, Litigation Section**

**Office of Attorney General**
**Litigation Section**
**15th Fl., Strawberry Square**
**Harrisburg, PA  17120**
**(717) 705-2503 - Direct**
**(717) 772-4526 - FAX**
**DATED:  February 10, 2005**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NANCY DREW SUDERS** | : | |
| Plaintiff | : | |
| | : | No. 1:CV-00-1655 |
| v. | : | |
| | : | (Judge Rambo) |
| **PENNSYLVANIA STATE POLICE,** | : | |
| Defendant | : | (Electronically Filed) |

## CERTIFICATE OF SERVICE

I, SARAH C. YERGER, Senior Deputy Attorney General, hereby certify that I have this day served the foregoing Defendant's Motion In Limine to Exclude Evidence Relating to the Report of the Independent Monitor of the Pennsylvania State Police Dated September 27, 2004, via electronic filing to the following:

Donald Bailey, Esquire
4311 North 6th Street
Harrisburg, PA 17110

Samuel Stretton, Esquire
4311 North 6th Street
Harrisburg, PA 17110

                                        s/Sarah C. Yerger_____
                                        SARAH C. YERGER
                                        Senior Deputy Attorney General

DATE: February 10, 2005