# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NANCY DREW SUDERS** : | |
| Plaintiff : | |
| : | No. 1:CV-00-1655 |
| v. : | |
| : | (Judge Rambo) |
| **PENNSYLVANIA STATE POLICE,** : | |
| Defendant : | (Electronically Filed) |

## ORDER

AND NOW, this          day of February 2005, upon consideration of defendants' motion in limine to exclude the Report of the Independent Monitor of the Pennsylvania State Police Dated September 27, 2004, it is hereby ordered that the motion is granted.  Plaintiff is precluded from presenting the report, or testimony or other evidence relating to the report, at trial.

BY THE COURT:

_____
SYLVIA H. RAMBO
United States District Judge