# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NANCY DREW SUDERS** | : | |
| Plaintiff | : | |
| | : | No. 1:CV-00-1655 |
| v. | : | |
| | : | (Judge Rambo) |
| **PENNSYLVANIA STATE POLICE,** | : | |
| Defendant | : | (Electronically Filed) |

## CERTIFICATE OF NONCONCURRENCE

I, Sarah C. Yerger, hereby certify that concurrence in this motion was sought from plaintiff's counsel, who did not concur in this motion.

s/Sarah C. Yerger
SARAH C. YERGER
Senior Deputy Attorney General
