IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NANCY DREW SUDERS** | : | |
| Plaintiff | : | |
| | : | No. 1:CV-00-1655 |
| v. | : | |
| | : | (Judge Rambo) |
| **PENNSYLVANIA STATE POLICE,** | : | |
| Defendant | : | (Electronically Filed) |

## DEFENDANT'S MOTION IN LIMINE TO EXCLUDE THE EXPERT TESTIMONY OF JEROME STALLER OR ANY OTHER EXPERT

Defendant hereby moves this Court for an order excluding the expert testimony of Jerome Staller, or any other expert.

The reason for this motion is contained in defendant's brief filed this date.

        **Respectfully submitted,**

        **THOMAS W. CORBETT, JR.**
        **Attorney General**

**BY:** **s/Sarah C. Yerger**
    **SARAH C. YERGER**
    **Senior Deputy Attorney General**
    **I.D. No. 70357**

    **s/Howard G. Hopkirk**
    **Howard G. Hopkirk**
    **Senior Deputy Attorney General**
    **I.D. No. 74264**

    **SUSAN J. FORNEY**
    **Chief Deputy Attorney General**
    **Chief, Litigation Section**

**Office of Attorney General**
**Litigation Section**
**15th Fl., Strawberry Square**
**Harrisburg, PA  17120**
**(717) 705-2503 - Direct**
**(717) 772-4526 - FAX**
**DATED:  February 10, 2005**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NANCY DREW SUDERS** | : | |
| Plaintiff | : | |
| | : | No. 1:CV-00-1655 |
| v. | : | |
| | : | (Judge Rambo) |
| **PENNSYLVANIA STATE POLICE,** | : | |
| Defendant | : | (Electronically Filed) |

**CERTIFICATE OF SERVICE**

I, SARAH C. YERGER, Senior Deputy Attorney General, hereby certify that I have this day served the foregoing Defendant's Motion In Limine to Exclude the Expert Testimony of Jerome Staller, or Any Other Expert, via electronic filing to the following:

Donald Bailey, Esquire
4311 North 6th Street
Harrisburg, PA 17110

Samuel Stretton, Esquire
4311 North 6th Street
Harrisburg, PA 17110

                                                 s/Sarah C. Yerger
                                                 SARAH C. YERGER
                                                 Senior Deputy Attorney General

DATE:   February 10, 2005