# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NANCY DREW SUDERS** : | |
| Plaintiff : | |
| : | No. 1:CV-00-1655 |
| v. : | |
| : | (Judge Rambo) |
| **PENNSYLVANIA STATE POLICE,** : | |
| Defendant : | (Electronically Filed) |

## ORDER

AND NOW, this _____ day of February 2005, upon consideration of defendants' motion in limine to exclude the expert testimony of Jerome Staller, or any other expert, it is hereby ordered that the motion is granted.

BY THE COURT:

_____
SYLVIA H. RAMBO
United States District Judge