# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NANCY DREW SUDERS** : | |
| Plaintiff : | |
| : | No. 1:CV-00-1655 |
| v. : | |
| : | (Judge Rambo) |
| **PENNSYLVANIA STATE POLICE,** : | |
| Defendant : | (Electronically Filed) |

## CERTIFICATE OF NONCONCURRENCE

I, Sarah C. Yerger, hereby certify that concurrence in this motion was sought from plaintiff's counsel, who did not concur in this motion.

s/Sarah C. Yerger
SARAH C. YERGER
Senior Deputy Attorney General