**EXHIBIT LIST**

JUDGE RAMBO NO. 1:CV-00-1655

| Plaintiff No. | Defendant No. | Description of Item | Identified | Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|
| | | | | | | |
| 1 | | DECLARATION OF JODY LANCASTER | | | | |
| 2 | | DECLARATION OF STACY GAVIN | | | | |
| 3 | | AFFADAVIT OF PAUL D. WEACHTER | | | | |
| 4 | | APPLICATION FOR COMMONWEALTH EMPLOYMENT | | | | |
| 5 | | PSP CONFIRMING APPOINTMENT | | | | |
| 6 | | AR4-26 SEXUAL HARRASSMENT POLICY | | | | |
| 7 | | PSP USE OF FORCE COMPLAINT IN RE EASTON | | | | |
| 8 | | AR4-17 SUPPLEMENTARY EMPLOYMENT | | | | |
| 9 | | EMPLOYEE PERFORMANCE REVIEW OF SUDERS 3-21-98 TO 7-29-98 | | | | |
| 10 | | EMPLOYEE PERFORMANCE REVIEW OF SUDERS 5-11-98 TO 7-29-98 | | | | |
| 11 | | SUPERVISORS NOTATION DATED 6-5-98 | | | | |
| 12 | | LTR FROM ZIMMERMAN TO SUDERS DATED 8-15-98 | | | | |
| 13 | | PERFORMANCE EVALUATION DATED MARCH 98-99 | | | | |
| 14 | | LTR DATED 8-13-98 FROM ZIMMERMAN TO EASTON | | | | |
| 15 | | CORRESPONDENCE FROM EASTON IN REF CLEAN OPERATOR CERTIFICATION TEST | | | | |

| Plaintiff No. | Defendant No. | Description of Item | Identified | Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
| 16 |  | SUPERVISORS NOTATION DATED JULY 22, 1998 |  |  |  |  |
| 17 |  | FORCED RESIGNATION QUESTIONNAIRE PA HUMAN RELATIONS COMMISSION |  |  |  |  |
| 18 |  | AUGUST 19, 1998 RESIGNATION LETTER |  |  |  |  |
| 19 |  | PHRC-EEOC AMENDED COMPLAINT |  |  |  |  |
| 20 |  | PSP ANSWER TO AMENDED COMPLAINT EEOC |  |  |  |  |
| 21 |  | RIGHT TO SUE LETTER |  |  |  |  |
| 22 |  | CORRESPONDENCE FROM LT. BROWN DATED OCTOBER 23, 1998 |  |  |  |  |
| 23 |  | COMPLAINT FEDERAL COURT |  |  |  |  |
| 24 |  | ANSWER TO COMPLAINT |  |  |  |  |
| 25 |  | INTERROGATORIES FROM DEFENDANTS |  |  |  |  |
| 26 |  | ANSWER TO INTERROGATORIES |  |  |  |  |
| 27 |  | WRESTLING MAGAZINES |  |  |  |  |
| 28 |  | PHRC LETTER CLOSING CASE |  |  |  |  |
| 29 |  | COMPLAINT PHRC-EEOC |  |  |  |  |
| 30 |  | PHRC COMPLAINANT INFO FROM SUDERS |  |  |  |  |

**EXHIBIT LIST**

JUDGE   RAMBO NO. 1:CV-00-1655

| Plaintiff No. | Defendant No. | Description of Item | Identified | Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|
| | | | | | | |
| 31 | | DRAWING OF PSP STATION TROOP G | | | | |
| 32 | | WEEKLY EVALUATION FIELD TRAINING | | | | |
| 33 | | DISTRIBUTION OF PCP WORD SGT EASTON | | | | |
| 34 | | 8-24-98 LETTER TO SUDERS FROM LIPKO RE RESIGNATION LETTER | | | | |
| 35 | | AFFIDAVIT OF ROBERT ALBRIGHT | | | | |
| 36 | | MEMO JULY 13, 1998 PROPER UTILIZATION OF TOILET | | | | |
| 37 | | TIME SHEETS JODY LANCASTER | | | | |
| 38 | | 10-2-1997 MEMO FROM FIX TO LAMMANDO | | | | |
| 39 | | LINABERGER TO SUDERS LTR 10-20-97 | | | | |
| 40 | | LIPKO TO SUDERS DATED 11-6-1997 | | | | |
| 41 | | W-2 1997 & INCOME TAX | | | | |
| 42 | | W-2 1998 & INCOME TAX | | | | |
| 43 | | W-2 2000 & INCOME TAX | | | | |
| 44 | | W-2 2001 & INCOME TAX | | | | |
| 45 | | W-2 2002 & INCOME TAX | | | | |

| Plaintiff No. | Defendant No. | Description of Item | Identified | Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
| 46 |  | W-2 2002 & INCOME TAX |  |  |  |  |
| 47 |  | W-2 2003 & INCOME TAX |  |  |  |  |
| 48 |  | W-2 2004 & INCOME TAX |  |  |  |  |
| 49 |  | KROLL REPORT JULY 31, 2004 |  |  |  |  |
| 50 |  | MEMO RE COUSELING SESSION TO SUDERS |  |  |  |  |
| 51 |  | MEMO 9-30-2003 IN REF BPR'S |  |  |  |  |
| 52 |  | COUNCIL 13 AFSCME REGARDING PAY & BENEFITS |  |  |  |  |
| 53 |  | DEPOSITION OF NANCY SUDERS |  |  |  |  |
| 54 |  | DEPOSITION OF WILLIAM BAKER |  |  |  |  |
| 55 |  | DEPOSITION OF ERIC PRENDERGAST |  |  |  |  |
| 56 |  | DEPOSITION OF VIRGINIA SMITH ELLIOTT |  |  |  |  |
| 57 |  | DEPOSITION OF MIKEAL FIX |  |  |  |  |
| 58 |  | DEPOSITION OF CHRISTINE DAVIS |  |  |  |  |
| 59 |  | DEPOSITION OF ERIC EASTON |  |  |  |  |
| 60 |  | EXPERT REPORT LISA RITTER |  |  |  |  |