## CLERK'S EXHIBIT LISTING

**Abbreviated Case Name:**   *Suders  v. Pennsylvania State Police*

**Docket No.:**   No. 1:CV-00-1655 (M.D.Pa.)

**Name of Party Submitting List:**   *Defendant Pennsylvania State Police*

| Exhibit No. | Description of Object or Item | Document Date | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| 1 | Application for Employment of Nancy Suders | | | | |
| 2 | Letter of Appointment | 3/11/98 | | | |
| 3 | Supplemental employment request & Denial | 4/17/98, 4/29/98 | | | |
| 4 | PCO Job Description | | | | |
| 5 | Handwritten employee list with birthdates | No date | | | |
| 6 | Sexual Harassment Policy | 1/4/95 | | | |
| 7 | Performance Evaluation 7/30/98-8/24/98 | 8/24/98 | | | |
| 8 | Performance Evaluation 5/11/98-7/29/98 | 7/31/98 | | | |
| 9 | Performance Evaluation 3/21/98-5/11/98 | 5/14/98 | | | |
| 10 | Weekly Evaluation Session | 5/14/98, 7/21/98 | | | |
| 11 | Memo to Easton from Sechoka | 7/30/98 | | | |
| 12 | Memo to Easton from Prendergast | 8/2/98 | | | |
| 13 | Memo to Easton from Baker | No date | | | |
| 14 | Suders' Test | | | | |
| 15 | Counseling Session Memo to Easton from Prendergast | 7/26/98 | | | |

| Exhibit No. | Description of Object or Item | Document Date | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| 16 | Supervisor's Notation to Suders from Prendergast | 7/22/98 | | | |
| 17 | Memo to Easton from Zimmerman | 8/13/98 | | | |
| 18 | Use of Force Complaint Sheet | 8/20/98 | | | |
| 19 | Use of Force Complaint Sheet of Suders | | | | |
| 20 | Interview Notes for Nancy Suders | 11/14/97 | | | |
| 21 | Interview Notes for Nancy Suders | 11/14/97 | | | |
| 22 | Interview Notes for Nancy Suders | 11/14/97 | | | |
| 23 | Newly Allocated Position Vacancy | 12/18/97 | | | |
| 24 | Telephone Reference Check Form | 2/4/98-2/5/98 | | | |
| 25 | Background Verification Report | 2/28/98 | | | |
| 26 | Incident Report | | | | |
| 27 | Memo to Suders from Zimmerman | 8/15/98 | | | |
| 28 | Memo to Easton from Grant Gordon re Suders test | 8/3/98 | | | |
| 29 | Memo to Suders from Easton re exam | 8/10/98 | | | |
| 30 | Resignation Letter | 8/20/98 | | | |
| 31 | Ltr to Easton from District Attorney | 8/26/98 | | | |
| 32 | EEOC Complaint | | | | |
| 33 | Photographs from the McConnellsburg barracks | | | | |
| 34 | Photographs from Degeneration X | | | | |
| 35 | Answers to Defendant's First Set of Interrogatories | | | | |
| 36 | Diagrams of barracks | | | | |
| 37 | Deposition Transcript of Mikeal Fix | | | | |

| Exhibit No. | Description of Object or Item | Document Date | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| 38 | Deposition Transcript of Christine Davis | | | | |
| 39 | Deposition transcript of Nancy Suders | | | | |
| 40 | Training Packet | | | | |
| 41 | OM7-8 Training Manual | 3/98-12/04 | | | |
| 42 | Orientation Checklist | 3/27/98 | | | |
| 43 | To/From Memo | 7/13/98 | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NANCY DREW SUDERS** | : | |
| Plaintiff | : | |
| | : | No. 1:CV-00-1655 |
| v. | : | |
| | : | (Judge Rambo) |
| **ERIC D. EASTON, et al.,** | : | |
| Defendants | : | (Electronically Filed) |

## CERTIFICATE OF SERVICE

    I, SARAH C. YERGER, Deputy Attorney General, hereby certify that I have this day served the foregoing via electronic filing to the following:

Donald Bailey, Esquire
4311 North 6th Street
Harrisburg, PA 17110

Samuel Stretton, Esquire
4311 North 6th Street
Harrisburg, PA 17110

                                    s/Sarah C. Yerger_____
                                    SARAH C. YERGER
                                    Senior Deputy Attorney General

DATE:  February 15, 2005