# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NANCY DREW SUDERS | : | |
|     Plaintiff | : | No 1:CV-00-1655 |
| | : | |
| v | : | JUDGE SYLVIA RAMBO |
| | : | |
| PENNSYLVANIA STATE POLICE, et. al. | : | |
|     Defendants | : | |

## PRAECIPE TO ENTER ATTORNEY APPEARANCE

Please enter my appearance as co-counsel to represent Plaintiff Nancy Drew Suders.

                                                          s/Sheri D. Coover
                                                          Sheri D. Coover, Esquire
                                                          Attorney ID#93285
                                                          4311 North Sixth Street
                                                          Harrisburg, PA  17110
                                                          (717) 221-9500

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused to be served upon the below listed counsel a copy of the attached **PRAECIPE TO ENTER ATTORNEY APPEARANCE** via electronic means:

Sarah C. Yeager
Office of the Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120

                                                   s/Sheri D. Coover
                                                   Sheri D. Coover, Esquire
                                                   Attorney ID #93285
                                                   4311 North Sixth Street
                                                   Harrisburg, PA 17110
                                                   (717) 221-9500

Dated: February 17, 2005