IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NANCY DREW SUDERS, | : | |
| Plaintiff | : | No. 1: CV-00-1655 |
| | : | |
| v. | : | JUDGE SYLVIA RAMBO |
| | : | |
| ERIC EASTON, WILLIAM D. BAKER, ERIC B. PRENDERGAST, VIRGINIA SMITH ELLIOTT, AND THE PENNSYLVANIA STATE POLICE, | : | JURY TRIAL DEMANDED |
| Defendants | : | |

## ORDER

**AND NOW** this    day of February 2005 do hereby order that the Defendants should be precluded from introducing the following evidence at trial as it was not previously disclosed as required by the Federal Rules of Civil Procedure Rule 26:

1. Defendant's Proposed Exhibits #20, #21 and #22 -- Interview Notes for Nancy Suders.
2. Defendant's Exhibit #24 -- Telephone Reference Check Forms.
3. Defendant's Exhibit #25 -- Background Verification Report.
4. Defendant's Exhibit #31 -- Letter to Eric Easton from the District Attorney dated August 26, 1998.
5. Defendant's Exhibit #33 and #34 -- Photographs.

_____
J. RAMBO