- Centralize the disciplinary procedure in the office of the Department Disciplinary Officer.

- Remove disciplinary decisions from Troop Commanders.

- Authorize the Department Disciplinary Officer to determine appropriate infractions and discipline.

- Provide additional staffing to the Department Disciplinary Officer.

- Establish definitive guidelines setting forth the appropriate discipline for specific kinds of misconduct, which will establish consistency as well as notify Members and the public of State Police expectations and standards.

- Support S.B. No. 877 or similar legislation requiring the dismissal of Members convicted of felonies or some misdemeanors.

- Limit the number of investigators performing pre-employment background investigations and encourage investigators performing pre-employment background investigations to express their opinions regarding the suitability of applicants.

- Articulate standards and provide greater training for the Background Investigation Appeal Panel.

- Take steps to extend the probationary period of any Member whenever there is a pending Bureau of Professional Responsibility investigation at the time a probationary period is scheduled to expire.

- Coordinate the Bureau of Professional Responsibility, the Equal Employment Opportunity Officer, and the Member assigned to conduct the general investigation before the end of a probationary period.

- Re-examine the pre-employment background investigation when a complaint is made against a probationary member.

- Exercise greater caution in preparing and reviewing the general investigation of every probationary Member.

- Amend its Administrative Regulation to reflect that the Bureau of Professional Responsibility will investigate *all* allegations of sexual harassment.

- Adopt policies consistent with applicable Commonwealth Executive Orders and Management Directives on sexual harassment.

- Provide specific training on sexual harassment investigations to Bureau of Professional Responsibility investigators.

- Make sexual harassment training a more significant portion of cadet training.

- Offer specific sexual harassment training to supervisors at all levels.

- Make sexual harassment training part of the annual in-service training.

- Support the Equal Employment Opportunity Officer's efforts to develop a computer based training module and other methods designed to reinforce the Commonwealth's strict prohibition of sexual harassment.

- Increase the staffing and support for the Equal Employment Opportunity Officer.

- Involve the Equal Employment Opportunity Officer when an allegation potentially constitutes sexual harassment even if the Bureau of Professional Responsibility is already investigating the allegation as more generalized misconduct.

- Establish a method by which the Bureau of Professional Responsibility and the Equal Employment Opportunity Officer can measure and monitor sexual harassment and sexual misconduct complaints.

- Periodically provide statistics of sexual harassment and sexual misconduct complaints to the Commissioner.

- Amend the organizational structure to require the Director of the Bureau of Professional Responsibility to report solely and directly to the Commissioner.

PENNSYLVANIA STATE POLICE
ORGANIZATIONAL CHART
Office of General Counsel
Chief Counsel
Governor's Legislative Affairs Office
Legislative Affairs Office
COMMISSIONER
Office of the Budget
Comptroller
Governor's Policy Office
Policy Office
Public Information Office
Municipal Police Officers' Education & Training Commission
Deputy Commissioner of Administration
Deputy Commissioner of Operations
Office of Domestic Security
Deputy Commissioner of Staff
Discipline Office
Equal Employment Opportunity Office
Member Assistance Office
Bureau of Human Resources
Human Resource Management Division
Enlisted Services Division
Human Resource Benefits Division
Employment Services and Systems Division
Bureau of Training and Education
Training Division
Administrative Division
Bureau of Professional Responsibility
Internal Affairs Division
Systems & Process Review Division
Bureau of Patrol
Patrol Services Division
Safety Program Division
Bureau of Criminal Investigation
Special Investigations Division
Organized Crime Division
Heritage Affairs Office
Bureau of Drug Law Enforcement
Administration Division
Operations Division
Bureau of Liquor Control Enforcement
Administration Division
Operations Division
Bureau of Emergency & Special Operations
Tactical Operations Division
Aviation & Special Services Division
Bureau of Research & Development
Planning Division
Programming Division
Bureau of Forensic Services
Investigation & Operational Support Division
Scientific Services Division
Quality Management Division
Bureau of Staff Services
Procurement & Supply Division
Transportation Division
Fiscal Division
Facility Management Division
Bureau of Technology Services
Computer Operations Division
Technical Support Division
Strategic Development Division
Bureau of Records & Identification
Operational Records Division
Criminal Records & Identification Division
Firearms Division
Area Command I
Troop H
Troop L
Troop J
Troop T
Area Command II
Troop F
Troop P
Troop R
Area Command III
Troop A
Troop B
Troop G
Area Command IV
Troop C
Troop D
Troop E
Area Command V
Troop K
Troop M
Troop N
Approved 3/24/03
As Published in the
Pennsylvania Bulletin
Vol 33 No. 14
4/5/03

SP 1-101 (1-93)

PENNSYLVANIA STATE POLICE

# USE OF FORCE OR COMPLAINT RECEPTION AND PROCESSING WORKSHEET

1. BPR CONTROL NUMBER

2. COMPLAINANT INFORMATION

| | | | | |
|---|---|---|---|---|
| NAME | FIRST | M.I. | LAST | |
| HOME ADDRESS | STREET/P.O. BOX | | | |
| | CITY | STATE | ZIP CODE | HOME TELEPHONE NO. |
| EMPLOYER | NAME & ADDRESS | | | WORK TELEPHONE NO. |

3. NON-COMPLAINT USE OF FORCE REPORT ☐ SHOOTING INCIDENT ☐ PHYSICAL FORCE ☐ LEGAL INTERVENTION

4. SUBJECT OF ALLEGATION/REPORT (List additional subjects on back)

| | | | |
|---|---|---|---|
| NAME | FIRST | M.I. | LAST |
| LOCATION | TROOP/BUREAU | STATION/DIVISION | JOB ASSIGNMENT |
| SSN | DOE | ← TO BE COMPLETED IF KNOWN OR AVAILABLE | |

5. DETAILS OF ALLEGATION

| | | | | |
|---|---|---|---|---|
| ROUTE/STREET | | | | |
| CITY/TWP/BORO | COUNTY | DATE | TIME | DAY |

TYPE OF ALLEGATION (CHECK ONE)

☐ PHYSICAL ABUSE
☐ VERBAL ABUSE
☐ CRIMINAL CONDUCT
☐ IMPROPER CONDUCT ON DUTY
☐ IMPROPER CONDUCT OFF DUTY
☐ DISSATISFACTION WITH PERFORMANCE OF DUTY
☐ OTHER (Please explain)

SYNOPSIS

6. RECEPTION DATA

| | | | | |
|---|---|---|---|---|
| DATE RECEIVED | TIME RECEIVED | LOCATION RECEIVED | TROOP/BUREAU | STATION/DIVISION |

| | | |
|---|---|---|
| RECEIVED BY | NAME | SSN |

7. FOR BUREAU USE

| | | |
|---|---|---|
| INVESTIGATOR | NAME | SSN |

| | | | | |
|---|---|---|---|---|
| CONTROL NO. ISSUED BY | DATE ASSIGNED | DATE DUE | SP 1-101A ☐ | LIMITED INVESTIGATION ☐ |

8. ADDITIONAL SUBJECTS OF ALLEGATION/REPORT

| NAME | FIRST | M.I. | LAST |
|---|---|---|---|
| LOCATION | TROOP/BUREAU | STATION/DIVISION | JOB ASSIGNMENT |
| SSN | DOE | ← TO BE COMPLETED IF KNOWN OR AVAILABLE | |
| NAME | FIRST | M.I. | LAST |
| LOCATION | TROOP/BUREAU | STATION/DIVISION | JOB ASSIGNMENT |
| SSN | DOE | ← TO BE COMPLETED IF KNOWN OR AVAILABLE | |
| NAME | FIRST | M.I. | LAST |
| LOCATION | TROOP/BUREAU | STATION/DIVISION | JOB ASSIGNMENT |
| SSN | DOE | ← TO BE COMPLETED IF KNOWN OR AVAILABLE | |

SYNOPSIS (CONTINUED)

# Timeline of Trooper Evans' Actions from April 1996 to December 1999

# TIMELINE NARRATIVE*

**April 1996 to October 1996**

(1) While at the State Police Academy, Evans had a woman visit him several times to "flash" Evans and other Cadets.

(2) While home from the State Police Academy, Evans entered the residence of a neighbor and masturbated in front of her.

**January 1997 to May 1997**

(3) *Winter/Spring 1997*: Evans met and fondled a woman during an accident investigation.

(4) *Spring 1997*: Evans met a woman while on duty. Evans later met her while off duty at the Trappe Tavern where he exposed himself and masturbated in front of her while they sat in his car in the parking lot.

(5) *Spring 1997*: Evans met a woman while on desk duty. Evans, while off duty, met the same woman at a parking lot where he exposed himself and masturbated in front of her while they sat in his car in the parking lot.

**July and August 1997**

(6) *July 1997*: Evans assisted in the arrest of a woman and her boyfriend. While at Limerick station, Evans made inappropriate comments to the woman regarding her boyfriend and the bathing suit she wore.

(7) *July 1997*: Evans attended a party at the residence of a female Sergeant (then Corporal) in which he removed his bathing suit and went into a hot tub naked.

(8) *July 10, 1997*: Evans is assigned a burglary investigation. While alone with a sixteen-year-old female, Evans asked sexual questions. Evans rubbed his genital area and told her he was going to "come."

(9) *Summer 1997*: Evans entered the residence of a woman and sexually assaulted her.

(10) *Summer 1997*: Evans met a woman while on duty. During the next few weeks, Evans sexually assaulted the woman while he was on and off duty approximately three times.

(11) *August 17, 1997*: Evans learned that a woman, who he stopped for speeding, was a dancer and a "masseuse." Subsequently, Evans met the woman off duty at the "massage parlor" where she worked, paid for a "massage," and ejaculated as a result of the "massage." Evans asked the woman if he could take a mug shot of her topless and if she would wear a revealing outfit so he could make a traffic stop on her. The woman refused both requests. The woman introduced Evans to a prostitute.

**October 1997 to December 1997**

(12) *October 1997*: Evans showed a former male co-worker photographs of nude women.

(13) *November 26, 1997*: Evans met a woman during a domestic dispute with her estranged husband. Evans returned to the woman's residence in uniform on November 26, 1997, and had sex with her.

(14) *December 1997*: Evans had sex with the woman referred to in (13) again at her residence while on duty.

**January 1998 to August 1998**

(15) *January 24, 1998*: While on duty, Evans made sexual remarks to a woman during an arrest process.

(16) *April 17, 1998*: Evans made sexually suggestive comments to a fourteen-year-old female runaway while he rubbed his own genital area. Evans touched her and asked the girl to sit on his lap and gyrate on him, which she refused to do. Evans told the girl that she owed him a favor and told her he would contact her later so she could give him his favor.

(17) *Spring/Summer 1998*: Evans and an unidentified male trooper had sex with a woman at the Southeast Training Center.

(18) *Spring/Summer 1998*: Evans contacted and met a female prostitute while on duty. Evans paid the prostitute $150 for sex. During this encounter, Evans took three Polaroid photographs of the prostitute standing nude by a marked Pennsylvania State Police vehicle.

(19) *Spring/Summer 1998*: Evans showed Polaroid photographs of the prostitute referred to in (18) standing nude by a marked State Police vehicle to several Skippack Station Members.

(20) *July 1998*: Evans met a woman while on duty and a few days later, while on duty, he met the woman at her residence where he exposed himself and masturbated in front of her.

(21) *July 1998*: Evans met a woman during a theft investigation. Later, Evans met her and made sexually suggestive comments. Evans met the woman again and directed her into his patrol vehicle; drove to a secluded area; asked her to lift her blouse so he could take a picture of her, which she refused; exposed himself and masturbated; asked her for oral sex, which she refused; and then he continued to masturbate and ejaculated in the patrol vehicle.

**January 1999 to June 1999**

(22) *January 31, 1999*: Evans became involved in a pursuit of a vehicle in which a woman was a passenger. Evans sexually assaulted the woman prior to and after driving her to her residence.

(23) *April 1999 to September 1999*: Evans went to a woman's residence on several occasions while on duty. During these visits, Evans exposed himself and masturbated in front of her, touched her breasts and vagina, and performed oral sex on her.

(24) *June 1999*: Evans, while on duty and in uniform, exposed himself to the woman referred to in (5).

**July 1999 to December 1999**

(25) *July 20, 1999*: Evans met a woman during an attempted suicide investigation in which she was the victim on July 18, 1999. On July 20, 1999, Evans met her at the Montgomery Hospital where he exposed himself and masturbated in front of her while he fondled her breasts.

(26) *Summer/Fall 1999*: Evans, while on duty, sexually assaulted the woman referred to in (25) at her residence.

(27) *August 18, 1999*: Evans attended a Protection From Abuse Hearing as a witness for a woman. After the hearing, Evans directed the woman to follow him to a secluded location in Montgomery County where he exposed himself and masturbated in front of her while he fondled her breasts.

(28) *Summer/Fall 1999*: Evans had a sexual affair with the woman referred to in (27) while he was on and off duty. The woman ended the affair after Evans choked her during sex.

(29) *September 19, 1999*: Evans transported a fifteen-year-old female runaway to Skippack Station. While alone with the juvenile at Skippack Station, Evans made sexually suggestive comments to her, sexually assaulted her, and masturbated while assaulting her.

(30) *November/December 1999*: Evans contacted the woman referred to in (27) and (28), and asked her to meet him at Troop K, Philadelphia, to have sex with him while he worked the midnight desk shift. The woman refused.

(31) *November/December 1999*: Evans contacted the woman referred to in (5) and (24) on several occasions and asked her to meet him at Troop K, Philadelphia, while he was on duty. She met Evans one time while he worked the midnight desk shift. Evans took the woman to a storage area where he fondled her breasts while he masturbated until he ejaculated.

*Information obtained from General Investigation Report – IAD #1999-783.