# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NANCY DREW SUDERS** : | |
|    Plaintiff : | |
| : | No. 1:CV-00-1655 |
| v. : | |
| : | (Judge Rambo) |
| **PENNSYLVANIA STATE POLICE,** : | |
|    Defendant : | (Electronically Filed) |

### MOTION FOR RECONSIDERATION OF THIS COURT'S FEBRUARY 24, 2005 MEMORANDUM AND ORDER GRANTING PLAINTIFF'S MOTION TO ADMIT RELEVVANT PORITIONS OF THE IG REPORT

Defendant hereby moves this Court to reconsider its February 24, 2005 memorandum and order granting plaintiff's motion to admit relevant portions, or any portion, of the IG Report.

The reasons in support of this motion are contained in defendant's brief filed this date.

        **Respectfully submitted,**

        **THOMAS W. CORBETT, JR.**
        **Attorney General**

**BY:** **s/Sarah C. Yerger**
    **SARAH C. YERGER**
    **Senior Deputy Attorney General**
    **I.D. No. 70357**

    **s/Howard G. Hopkirk**
    **Howard G. Hopkirk**
    **Senior Deputy Attorney General**
    **I.D. No. 74264**

    **SUSAN J. FORNEY**
    **Chief Deputy Attorney General**
    **Chief, Litigation Section**

**Office of Attorney General**
**Litigation Section**
**15th Fl., Strawberry Square**
**Harrisburg, PA  17120**
**(717) 705-2503 - Direct**
**(717) 772-4526 - FAX**

**DATED:  February 25, 2005**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NANCY DREW SUDERS** | : | |
| Plaintiff | : | |
| | : | No. 1:CV-00-1655 |
| v. | : | |
| | : | (Judge Rambo) |
| **PENNSYLVANIA STATE POLICE,** | : | |
| Defendant | : | (Electronically Filed) |

## CERTIFICATE OF SERVICE

    I, SARAH C. YERGER, Deputy Attorney General, hereby certify that I have this day served the foregoing Motion for Reconsideration, via electronic filing to the following:

Donald Bailey, Esquire
4311 North 6th Street
Harrisburg, PA 17110

Samuel Stretton, Esquire
4311 North 6th Street
Harrisburg, PA 17110

                                s/Sarah C. Yerger
                                SARAH C. YERGER
                                Senior Deputy Attorney General

DATE:  February 25, 2005