*Suders v. PSP*
No. 1:CV-00-1655

# ATTACHMENT C

# Sexual Harassment/Discrimination Record

| Incident # | Complainant's Name/Location | Date Received | BPR# | Formal/Informal | Disposition |
|---|---|---|---|---|---|
| BPR 10476 | Allison Jacobs    Troop B, B.V. | 4/1/98 | | Cpl. Williamlski    Formal    Sex Harass. | Not Substantiated |
| | Jaclyn Campbell  R+I   High School Intern | 1/26/98 | | Sam Winfield "Intern"    Sex Harass.    Criminal Inves. | Exceptionally Cleared - Winfield Filed Criminal Complaint |
| | K.J. Stanton    TyE | 2/2/98 | | Lt. Roberts    Race Disc. | Change in Job Description - Handled by Compus Mgmt |
| | Marian Adams | 1/23/98 | | Informal    Sex Disc. | Handled by Bureau Director. Adams transferred. |
| | Anita Wash ingon   Conservation + Natural Resources | 4/1/98 | | Tpr. Stafford    Informal    Sex Harass. | Stafford counselled by Supervisor |
| BPR 10502 A | Nancy Suders    Troop G    McConnellsburg | 8/19/98 | | Henderson    Political Age | Complainant refused to be interviewed |
| | Ronald Tolliver    Troop M  Boylesville | 8/3/98 | | Cpl. Winterbottom    Race    Informal    Disc. | Reassignment Winterbottom counselled    Refused to weight demic |
| BPR | Christine Ilosa    Sex Harass. | 4/13/98 | | Tpr. Scott Brown    Internal Affairs | 1 Day Sus Pension |
| | Female Interns    Sex Harass. | 6/1/98 | | Pedro Beltre | Counselled |
| | Laura Lados    Sex Harass. | 2/17/98 | | Naulie Brown    Informal | Counselled |

DEFENDANT'S EXHIBIT 44    PENGAD-Bayonne, N.J.