*Suders v. PSP*
No. 1:CV-00-1655

# ATTACHMENT D

MAR.10'2005 12:55  717  772 1426       PSP FAC.MGT.DIV. HBG,PA.      #3765 P.002/003
FILE No.956 03/08 '05 15:31  ID:OFFICE OF ATTY. GENERAL   FAX:7177724526           PAGE   2/ 3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY DREW SUDERS<br>Plaintiff | :<br>:<br>:   No. 1:CV-00-1655 |
| v. | :<br>:   (Judge Rambo) |
| PENNSYLVANIA STATE POLICE,<br>Defendant | :<br>: |

## DECLARATION OF LIEUTENANT M.L. HENRY III

I, M.L. Henry, hereby state subject to the penalties of perjury under 28 U.S.C. §1746 that the following facts are true and correct based upon my personal knowledge or from official records of the Pennsylvania State Police, maintained in the ordinary course of carrying out its obligations to the citizens of this Commonwealth:

1. I have been employed by the Pennsylvania State Police for 16 years. Currently I am the Director of the Equal Employment Opportunity Office (hereinafter "the EEO"). I became Director on July 17, 2004. My predecessor was Lt. Marcenia Robinson who was the director from March 2000 until July 2004. Robinson's predecessor was Major Virginia Smith who held the position from 1992 through March 2000.

2. As Director, my job responsibilities include the operations of the PSP EEO offices. Those operations include: complaint processing,

LOCATION:717  772 1426                    RX TIME   03/10 '05 13:32

MAR.10'2005 12:55  717  772 1426        PSP  FAC.MGT.DIV.  HBG,PA.        #3765 P.003/003
FILE No.956 03/08 '05 15:31    ID:OFFICE OF ATTY. GENERAL    FAX:7177724526        PAGE  3/ 3

training and education, monitoring personnel actions, reporting and recruiting.

3. The EEO office keeps files of telephone logs and the file is called the Grievant Complaint Record.

4. My superior, Lt Col Rick Brown contacted me on approximately February 28, 2005 and requested that I search the complaint logs for any entry having to do with Nancy Suders.

5. I searched the logs and found the attached log which dated back to 1998 and detailed a contact between Nancy Suders and PSP personnel.

6. I was not asked to look for this log before February 2005.

7. It is my understanding that PSP counsel did not have this log or a copy of it as it was kept in EEO and not attached to any other documents or reports.

_____
M.L. Henry III
Pennsylvania State Police
Director Equal Employment Opportunity Office

Executed on:

LOCATION:717  772 1426                    RX TIME    03/10 '05 13:32

# PENNSYLVANIA STATE POLICE
## FACILITY MANAGEMENT / PROCUREMENT & SUPPLY DIVISIONS
### 1800 ELMERTON AVENUE
### HARRISBURG, PENNSYLVANIA 17110



## TELEFAX COVER SHEET

This message consists of _2_ sheets following the cover. If any portion of this message is not received or is not clear, contact the sender by voice at _787-7220_.

Directed To: _SARAH YERGER_

From: _LT. MARTIN L. HENRY III_

Memo: _____

_____

_____

_____

Return FAX number (717) ███-████

CONFIDENTIALITY NOTE: The documents accompanying this facsimile transmission contain information that is confidential and privileged and is intended only for the use of the addressee designated above. If you are not the intended recipient, you are hereby notified that disclosure, copying, distribution or taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you receive this facsimile in error, please notify the Pennsylvania State Police immediately at telephone number (717) 783 - 5484 and return the original message to our office by mail.