| PENNSYLVANIA STATE POLICE | 1. INCIDENT NO. IAD-10802 | 2. DATE OF REPORT October 23, 1998 |
|---|---|---|
| **GENERAL INVESTIGATION REPORT** | 3. INVESTIGATING OFFICER Lieutenant John R. BROWN #210 | |
| | 4. TROOP/STATION Internal Affairs Division, Central Section | |
| 5. SUBJECT (NATURE OF INVESTIGATION OR NAME AND ADDRESS OF INDIVIDUAL) Police Communications Operator, (Resigned 08/20/98) Nancy D. SUDERS Troop G, McConnellsburg DOE: 03/23/98, SOC# 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 | Note: Additional subjects listed on page 1 of this report, submitted by LT. WAY | |

INSTRUCTIONS: REPORT WILL BE PREPARED IN THE FOLLOWING ORDER: REASON FOR INVESTIGATION, SYNOPSIS OF INVESTIGATION, CONCLUSION, RECOMMENDATIONS AND COMMENT (WHEN APPROPRIATE). LIST OF ATTACHMENTS (IF ANY) AND DETAILS WHICH SUPPORT THE SYNOPSIS.

## LIST OF ATTACHMENTS

23. Correspondence from Lieutenant John R. BROWN to Nancy D. SUDERS dated October 23, 1998.

## DETAILS

On October 16, 1998, this officer accompanied by Trooper Jerry L. OBERDORF drove to the residence of Ms. SUDERS in McConnellsburg, PA, arriving at 1210 hours. No one answered the door to the residence after the doorbell was rung, along with considerable knocking. This officer then used a cellular telephone to call into the residence. The phone was answered by a male who indicated he was working at Jutes Garage located directly behind SUDERS' residence.

Morris L. SUDERS, M/56, (exact relationship to Ms. SUDERS is unknown) indicated he lived a few blocks away but was the owner of the residence where Ms. SUDERS lives. Mr. SUDERS indicated Ms. SUDERS rents the house from him and she lives alone. This contact was made at 405 E. Market Street, McConnellsburg, PA at the garage behind the residence. This officer requested Mr. SUDERS ask Ms. SUDERS to contact this officer as soon as possible. This officer left a business card with my office telephone number and pager number. Mr. SUDERS indicated Ms. SUDERS is employed by the Fulton County Sheriff's Department and was involved in a prisoner transport from Carlisle on this date.

On October 23, 1998, this officer sent correspondence via certified mail to Ms. SUDERS requesting she contact this officer. Ms. SUDERS has not made any attempts to contact this officer to date. (Refer to Attachment #23)

| 7. SIGNATURE | BADGE NO. 210 | 8. REVIEW/INITIALS DGC RX TIME 02/28 '05 12:46 | BADGE NO. | 9. ☐ ORIGINAL ☒ SUPPLEMENTAL |
|---|---|---|---|---|

EXHIBIT B

PSP COMM OFFICE Hbg Pa  ☎ 717 705 2185   02/28/05 11:29 :02/03 NO:052

## Sexual Harassment/Discrimination Record

| Incident # | Complainant's Name/Location | Date Received | BPR# Formal/Informal | Disposition |
|---|---|---|---|---|
| WR 10476 | Allison Jacobs, Troop A B.V. | 4/1/98 | CPL Hazenstab SR. formal | Not substantiated |
| | Jocelyn Contessa, New School R+I | 1/24/99 | Sgt. Lockard - Informal | Stepfatherly Cleaned - written info filed |
| | R.T. Stewart, Tye | 7/12/99 | Informal | Counsel in the presence of Cpl. D. & Lt. Moroz |
| | Debbie Arms | 11-23-99 | Lt. Coyne Sex | Informal Counsel - Removed by SUMPSR. |
| | Ruth Urban and Tai Am Dean Formula | 4/15/00 | Trespassing Informal Sex | Stopped - Counseled by Supervisor |
| | Nancy Sides, Troop A - McConnellsburg | 9/15/00 | Informal Discrimination Race | Informal - Counselor Reassignment |
| | Darlene Truxall, Troop M Greensville | 2/5/01 | CPL Gerberich Race Disc. | Complainant refused to be interviewed/who wouldn't go forward/justified |
| | Adrienne Reed, Statistics | 4/11/01 | presented harass. | Declined pursuit rest. |
| | Frances Ketrans, Sex Harass | 4/10/02 | Public Routine Complainant withdrew | Counseled |
| | Karen Laabs, Sex Harass | 2/27/02 | Formal Informal | Counseled |

LOCATION:717 705 2185   RX TIME 02/28 '05 12:46

FILE No.946 02/28 '05 16:33  ID:OFFICE OF ATTY. GENERAL  FAX:1/1/2020