## Commonwealth of Pennsylvania
## GOVERNOR'S OFFICE

# EXECUTIVE ORDER

| Subject: Prohibition of Sexual Harassment in the Commonwealth | Number: 1993-1 |
|---|---|
| Date: March 26, 1993 | Distribution: B | By Direction Of: *Robert P. Casey* — Robert P. Casey, Governor |

**WHEREAS,** all employers are increasingly aware that sexual harassment is a significant problem in the workplace and in society in general; and

**WHEREAS,** the Commonwealth of Pennsylvania, as Pennsylvania's largest employer, has an obligation to aggressively address sexual harassment issues in the workplace; and

**WHEREAS,** sexual harassment shall not be tolerated in Commonwealth workplaces under any circumstances; and

**WHEREAS,** this administration continues to be committed to providing a work environment where employes, applicants for employment, or individuals receiving services from the Commonwealth shall not be subjected to sexual harassment; and

**WHEREAS,** to prevent sexual harassment in the workplace, all managers, supervisors, and employees must be made aware of the Commonwealth's sexual harassment policy, the steps to take when concerns arise, and our commitment to address instances of sexual harassment aggressively and equitably; and

**WHEREAS,** sexual harassment is unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature if:

  a. submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment; or

  b. submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individuals; or

  c. such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile, or offensive working environment.

NOW, THEREFORE, I, Robert P. Casey, Governor of the Commonwealth of Pennsylvania, by virtue of the authority vested in me by the Constitution of the Commonwealth of Pennsylvania and other laws, do hereby reaffirm and direct as follows:

  1. No agency under the jurisdiction of the Governor shall tolerate sexual harassment by any Commonwealth employe against any other employe, applicant for employment, or client or other person receiving services from the Commonwealth.

Page 1 of 2



EXHIBIT D