PHONE 814-623-2910 - SHERIFF'S OFFICE
FAX 814-623-2940

COUNTY OF BEDFORD
PENNSYLVANIA



OFFICE OF
GORDON E. DIEHL
SHERIFF
425 IMLERTOWN ROAD, SUITE 1
BEDFORD, PENNSYLVANIA 15522

PHONE 814-623-2955 - COUNTY JAIL
FAX 814-623-2946

To  Attorney Don Bailey

From Sheriff Gordon Diehl

Dear Sir,

This letter is in addition to the previous letter faxed to you. My first term started 1/04/2000 and Eric Easton started to work for me on 01/05/2000 and worked until 11/12/2003. Trooper Brown called me and said he wanted to talk to me about Ms Suder sometime after I came into office and Mr Easton came to work for me.

Thank You,

*Gordon E. Diehl*
Sheriff Gordon Diehl

EXHIBIT
I

1 of 2

PHONE 814-623-2910 - SHERIFF'S OFFICE
FAX 814-623-2940

COUNTY OF BEDFORD
PENNSYLVANIA



OFFICE OF
GORDON E. DIEHL
**SHERIFF**
425 IMLERTOWN ROAD, SUITE 1
BEDFORD, PENNSYLVANIA 15522

PHONE 814-623-2955 - COUNTY JAIL
FAX 814-623-2946

To Attorney Don Bailey

From Sheriff Gordon Diehl

Dear Sir,

    This letter is in answer to our phone conversation about the interview with trooper Brown of the P.S.P. about Ms. Suders. When Brown called me he said he wanted to talk to me about Ms. Suders and I thought he was talking about Sheila Suder who was sueing over a work issue and my remarkes to him was about her, not Nancy Suders. To the best of my recollection I have never met Nancy Suders or worked with her.

Thank You,

*Gordon Diehl*
Sheriff Gordon Diehl

2 of 2