IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NANCY DREW SUDERS,<br>  PLAINTIFF<br><br>  V.<br><br>ERIC D. EASTON, WILLIAM D.<br>BAKER, ERIC B. PRENDERGAST,<br>VIRGINIA SMITH ELLIOTT and THE<br>PENNSYLVANIA STATE POLICE,<br>  DEFENDANTS | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL NO. 1:CV-00-1655<br><br>(JUDGE RAMBO)<br><br>(ELECTRONICALLY FILED) |

**PLAINTIFF'S FIRST SUPPLEMENTAL POINTS FOR CHARGE**

1.  I instruct you that any stress police officers felt on their job would not justify or be a defense to inappropriate sexually harassing conduct.

2.  The Plaintiff has a duty to mitigate her damages, but the Plaintiff also has the right to seek work in the area of her chosen employment and does not fail in her duty to mitigate by not seeking employment in unrelated areas of employment.

Respectfully submitted,

s/Samuel C. Stretton_____
Samuel C. Stretton, Esquire
Attorney for Plaintiff,
 Nancy Suders
301 South High Street
P.O. Box 3231
West Chester, PA  19381-3231
(610) 696-4243
Attorney I.D. No. 18491

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NANCY DREW SUDERS, | : | CIVIL NO. 1:CV-00-1655 |
| PLAINTIFF | : | |
| | : | (JUDGE RAMBO) |
| V. | : | |
| | : | (ELECTRONICALLY FILED) |
| ERIC D. EASTON, WILLIAM D. | : | |
| BAKER, ERIC B. PRENDERGAST, | : | |
| VIRGINIA SMITH ELLIOTT and THE | : | |
| PENNSYLVANIA STATE POLICE, | : | |
| DEFENDANTS | : | |

**CERTIFICATE OF SERVICE**

I hereby certify I am this date serving a copy of the Plaintiff's First Supplemental Points for Charge in the captioned matter, upon the following persons in the manner indicated below.

Service by First Class Mail addressed as follows:

1. Sarah Yerger, Esquire
   Senior Attorney General
   Attorney General's Office
   15th Floor Strawberry Square
   Harrisburg, PA  17120

2. Donald Bailey, Esquire
   4311 North Sixth Street
   Harrisburg, PA  17110

```
                          Respectfully submitted,
03/21/05                  s/Samuel C. Stretton_____
   Date                   Samuel C. Stretton, Esquire
                          Attorney for Plaintiff,
                           Nancy Drew Suders
                          301 South High Street
                          P.O. Box 3231
                          West Chester, PA  19381-3231
                          (610) 696-4243
                          Attorney I.D. No. 18491
```