PLAINTIFF'S EXHIBIT LISTING

JUDGE:    Sylvia H. Rambo                                            Case No.: 1:00-CV-1655
CAPTION:  Suders v. Easton, et al.

| Exhibit | Description of Object or Item | Identified | Moved | Ruling | Witness |
|---|---|---|---|---|---|
| 1 | Declaration of Jody Lancaster | 3/18/05 | | | Jody Lancaster |
| 2 | | | | | |
| 3 | | | | | |
| 4 | Application for Commonwealth Employment | 3/15/05 | 3/17/05 | Admit | Nancy Suders |
| 5 | PSP Confirming Appointment | 3/15/05 | 3/17/05 | Admit | Nancy Suders |
| 6 | AR 4-26 Sexual Harassment Policy | 3/15/05 | 3/17/05 | Admit | Nancy Suders |
| 7 | | | | | |
| 8 | | | | | |
| 9 | Employee Performance Review of Suders 3/21/98 to 5/11/98 | 3/15/05 | 3/17/05 | Admit | Nancy Suders |
| 10 | Employee Performance Review of Suders 5/11/98 to 7/29/98 | 3/15/05 | 3/17/05 | Admit | Nancy Suders |
| 11 | Supervisor's Notation dated 6/5/98 | 3/15/05 | 3/17/05 | Admit | Nancy Suders |
| 12 | Letter from Zimmerman to Suders dated 8/15/98 | 3/15/05 | 3/17/05 | Admit | Nancy Suders |
| 13 | | | | | |
| 14 | Letter dated 8/13/98 from Zimmerman to Easton | 3/15/05 | 3/17/05 | Admit | Nancy Suders |
| 15 | Clean Operator Certification Test | 3/15/05 | 3/17/05 | Admit | Nancy Suders |

| Exhibit | Description of Object or Item | Identified | Moved | Ruling | Witness |
|---|---|---|---|---|---|
| 16 | Supervisor's Notation dated 7/22/98 | 3/15/05 | 3/17/05 | Admit | Nancy Suders |
| 17 | | | | | |
| 18 | August 19, 1998 Resignation Letter | 3/15/05 | 3/17/05 | Admit | Nancy Suders |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | Complaint | 3/15/05 | 3/17/05 | No Jury | |
| 24 | Answer to Complaint | 3/15/05 | 3/17/05 | No Jury | No one on stand |
| 25 | | | | | |
| 26 | | | | | |
| 27 | | | | | |
| 28 | | | | | |
| 29 | | | | | |
| 30 | | | | | |
| 31 | Drawing of PSP Station Troop "G" | 3/15/05 | 3/17/05 | Admit | Nancy Suders |
| 32 | | | | | |
| 33 | Distribution of PCP Word Sgt. Easton | 3/15/05 | 3/17/05 | Admit | Nancy Suders |

| Exhibit | Description of Object or Item | Identified | Moved | Ruling | Witness |
|---|---|---|---|---|---|
| 34 | Letter to Suders from Lipko re. Resignation Letter of 8/24/98 | 3/15/05 | 3/17/05 | Admit | Nancy Suders |
| 35 | | | | | |
| 36 | | | | | |
| 37 | | | | | |
| 38 | 10-2-1997 Memo from Fix to Lammando | 3/15/05 | 3/17/05 | Admit | Nancy Suders |
| 39 | | | | | |
| 40 | | | | | |
| 41 | W-2 1997 and Income Tax | 3/15/05 | 3/17/05 | Stip | Nancy Suders |
| 42 | W-2 1998 and Income Tax | 3/15/05 | 3/17/05 | Stip | Nancy Suders |
| 43 | W-2 1999 and Income Tax | 3/15/05 | 3/17/05 | Stip | Nancy Suders |
| 44 | W-2 2000 and Income Tax | 3/15/05 | 3/17/05 | Stip | Nancy Suders |
| 45 | W-2 2001 and Income Tax | 3/15/05 | 3/17/05 | Stip | Nancy Suders |
| 46 | W-2 2002 and Income Tax | 3/15/05 | 3/17/05 | Stip | Nancy Suders |
| 47 | W-2 2003 and Income Tax | 3/15/05 | 3/17/05 | Stip | Nancy Suders |
| 48 | W-2 2004 and Income Tax | 3/15/05 | 3/17/05 | Stip | Nancy Suders |
| 49 | | | | | |
| 50 | | | | | |
| 51 | | | | | |

| Exhibit | Description of Object or Item | Identified | Moved | Ruling | Witness |
|---|---|---|---|---|---|
| 52 | Council 13 AFSCME Regarding Pay and Benefits | 3/15/05 | | | Nancy Suders |
| 53 | | | | | |
| 54 | Deposition of William Baker | 3/18/05 | | | William Baker |
| 55 | | | | | |
| 56 | Deposition of Virginia Smith | 3/22/05 | | | Virginia Smith |
| 57 | | | | | |
| 58 | | | | | |
| 59 | Deposition of Eric Easton | 3/17/05 | | | Eric Easton |
| 60 | Expert Report of Lisa Ritter | 3/17/05 | | | Lisa Ritter |
| 62 | AFSCME Cover and pages 70-73    (Newer Version) | 3/17/05 | | No Jury | Lisa Ritter |
| 63 | AFSCME Cover and pages 63 and 64 (Older Version) | 3/21/05 | | No Jury | Gary Barach |