UNITED STATES DISTRICT COURT
Middle District of Pennsylvania
Clerk's Office, Room 1060
P.O. Box 983
Harrisburg, PA 17108

Mary E. D'Andrea,
Clerk

717-221-3920

IN RE: Nancy Drew Suders v. Eric D. Easton, et al.
Case #1:00-CV-1655

TO COUNSEL:

Your **original** exhibits from the jury trial held 03/14/05 through 0/22/05 were returned to you in compliance with Middle District of Pennsylvania Local Rule 79.4.

It is your responsibility to keep these exhibits through the appeal period and make arrangements for transport should that be necessary.

Very truly yours,

Mary E. D'Andrea, Clerk

Mark J. Armbruster
Deputy Clerk

### RECEIPT

Receipt is hereby acknowledged for the exhibits introduced by <u>Sarah Yerger, Esq.</u>
(For Defendants)

In the above-captioned matter.

3/22/04
(Date)

_____
(Signature)