**SAMUEL C. STRETTON**
ATTORNEY AT LAW
301 S. HIGH STREET
P.O. BOX 3231
WEST CHESTER, PA 19381-3231

(610) 696-4243
FAX (610) 696-2919

THE BENJAMIN FRANKLIN HOUSE
SUITE 206
834 CHESTNUT STREET
PHILADELPHIA, PENNSYLVANIA 19107
(215) 627-8653

FILED
HARRISBURG, PA
APR 07 2005
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

April 4, 2005

PLEASE REPLY TO:
West Chester

Mary E. D'Andrea
Clerk of Court
Clerk's Office, Room 1060
P.O. Box 983
Harrisburg, PA 17108

Re: Nancy Drew Suders v. Pennsylvania State Police
    Case No. 1:00 CV 1655

Dear Ms. D'Andrea:

I enclose a copy of the Judgment in a Civil Case which you entered. However, Mr. Easton, Mr. Baker, Mr. Prendergast, and Ms. Elliott were not defendants. Only the Pennsylvania State Police was a defendant. I would appreciate if you could correct that.

Very truly yours,

Samuel C. Stretton

SCS:eaj
enc.
cc: Sarah Yerger, Esquire
    Don Bailey, Esquire