AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## MIDDLE DISTRICT OF PENNSYLVANIA

## AMENDED JUDGMENT IN A CIVIL CASE

Nancy Drew Suders                                    Case No: 1:00-CV-1655
     Plaintiff

                V.

Pennsylvania State Police
     Defendants

X     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

      **Decision by Court.**  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in accordance with the jury verdict rendered on March 22, 2005, judgment be and is hereby entered in favor of the Defendant, The Pennsylvania State Police, and against the Plaintiff, Nancy Drew Suders.

**Date:** April 7, 2005          **Mary E.  D'Andrea, Clerk of Court**

          /s/ Mark J. Armbruster
          **(By)** Mark J. Armbruster, Deputy Clerk