AO 133
(Rev 7/82)

# BILL OF COSTS

| United States District Court | DISTRICT<br>Middle District |
|---|---|
| Nancy Drew Suders, Plaintiff<br><br>V.<br><br>Pennsylvania State Police, et al., Defendants | DOCKET NO.<br><br>No. 1:CV-00-1655<br>MAGISTRATE CASE NO. |

Judgment having been entered in the above entitled action on   March 31, 2005   against
and amended
on April 7, 2005
Plaintiff                                                                  date
the clerk is requested to tax the following as costs:

## BILL OF COSTS

| | |
|---|---|
| Fees of the clerk ................................................................................ | $ |
| Fees for service of summons and complaint ...................................... | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case ............................................. | |
| Fees and disbursements for print ...................................................... | |
| Fees for witnesses (itemized on reverse side) ................................... | $419.02 (Attachment A) |
| Fees for exemplification and copies of papers necessarily\ obtained for use in case (       ) ....................................................... | $4.20 (Attachment B) |
| Docket fees under 28 U.S.C. § 1923 ................................................. | $20.00 |
| Costs incident to taking of depositions (       ) .................................. | $1391.69 (Attachment C) |
| Costs as shown on Mandate of Court of Appeals ............................... | |
| Other costs (Please itemize) .............................................................. | |
| TOTAL | $ 1834.91 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories. Briefs should be submitted supporting the necessity of the requested costs and citing cases supporting taxation of costs.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereto to:

Insert Name and Address

SIGNATURE OF ATTORNEY _[signature]_   4/27/05
                                                                         DATE

FOR:   Pennsylvania State Police
       Name of claiming party

| | DATE AND TIME: |
|---|---|
| Please take notice that I will appear before the clerk who will tax said costs on the following day and time: | |
| Costs are hereby taxed in the following amount and included in the judgment: | AMOUNT TAXED<br>$ |
| CLERK OF COURT                (BY) DEPUTY CLERK | DATE |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NANCY DREW SUDERS** | : | |
|     **Plaintiff** | : | |
| | : | No. 1:CV-00-1655 |
| v. | : | |
| | : | (Judge Rambo) |
| **PENNSYLVANIA STATE POLICE,** | : | |
|     **Defendant** | : | (Electronically Filed) |

## ATTACHMENT A

## ITEMIZATION OF WITNESS FEES

Sergeant Eric Easton
    Witness Fee                                                                                          $40.00
    Mileage (98 miles x $.345/mile)               $33.81
    **Subtotal**                                                                       **$73.81**

Jody Lancaster
    Witness Fee                                                                                          $40.00
    Mileage (80 miles x $.345/mile)               $27.60
    **Subtotal**                                                                        **$67.60**

Gary Barach
    Witness Fee                                                                                          $40.00
    Mileage (100 miles x $.345/mile)             $34.50
    **Subtotal**                                                                        **$74.50**

Virginia Smith
    Witness Fee                                                                                          $40.00
    Mileage (9 miles x $.345/mile)                  $ 3.11
    **Subtotal**                                                                        **$43.11**

**TOTAL**                                                                                             **$419.02**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NANCY DREW SUDERS** | : | |
| Plaintiff | : | |
| | : | No. 1:CV-00-1655 |
| v. | : | |
| | : | (Judge Rambo) |
| **PENNSYLVANIA STATE POLICE,** | : | |
| Defendant | : | (Electronically Filed) |

## ATTACHMENT B

| Exhibit Numbers | Number of Pages |
|:---:|:---:|
| 4 | 4 |
| 7 | 5 |
| 10 | 2 |
| 30 | 3 |
| Total Number of Pages | 14 |

**14 Pages X $.10 per page X 3 copies**    =    **$4.20**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NANCY DREW SUDERS** | : | |
| Plaintiff | : | |
| | : | No. 1:CV-00-1655 |
| v. | : | |
| | : | (Judge Rambo) |
| **PENNSYLVANIA STATE POLICE,** | : | |
| Defendant | : | (Electronically Filed) |

## ATTACHMENT C

## ITEMIZATION OF COSTS INCIDENT TO TAKING DEPOSITIONS

| | |
|---|---|
| Depositions of Eric Easton, William Baker and Eric Predergast taken on February 21, 2001 | $508.60 |
| Depositions of Christine Davis and Mikeal Fix taken on February 23, 2001 | $292.95 |
| Depositions of Virginia Smith and Nancy Drew Suders taken on March 1, 2001 | $590.14 |
| **TOTAL** | **$1,391.69** |

**Geiger & Loria Reporting Service**
*2408 Park Drive, Suite B*
*Harrisburg, PA  17110*
*Phone #: (717)541-1508  Fax #: (717)541-1509*

| | |
|---|---|
| **Invoice Date** | 3/07/2001 |
| **Invoice No.** | 4091 |
| **Employer I.D.** | 25-1679685 |
| **Terms** | Net 30 Days |

Past due invoices subject to account service fee computed at the rate of 12% per annum, calculated daily on the outstanding past due balance.

To:  SARAH YERGER          Acct #   1,395
OFFICE OF THE ATTORNEY GENERAL
STRAWBERRY SQUARE
15TH FLOOR
HARRISBURG, PENNSYLVANIA 17120

RE:  SUDERS VS EASTON
Date:  2/21/2001
Case No.:  1:CV-00-1655

YEAGERTOWN          MIFFLIN COUNTY          SP34843

| Description | Qty | Amount | Charges |
|---|---|---|---|
| ORIGINAL TRANSCRIPT - ERIC EASTON | 76 | 2.35 | 178.60 |
| ORIGINAL TRANSCRIPT - WILLIAM BAKER | 53 | 2.35 | 124.55 |
| ORIGINAL TRANSCRIPT - ERIC PRENDERGAST | 55 | 2.35 | 129.25 |
| ATTENDANCE | 1 | 25.00 | 25.00 |
| MILEAGE | 160 | 0.32 | 51.20 |

**Total:** 508.60

Celebrating Fifty Years
1950-2000

---

**Method of Payment:**

     Check enclosed

☐  ☐  ☐  ☐  ☐

Credit card #

_____

Expiration date

_____

Authorized signature (for credit card payment)

**Remittance Portion**
Please return with payment to insure proper credit.
Mail to:
   Geiger & Loria Reporting Service
   2408 Park Dr., Suite B
   Harrisburg, PA  17110

**TOTAL DUE:**    508.60

4 091    DD

**Geiger & Loria Reporting Service**
2408 Park Drive, Suite B
Harrisburg, PA 17110
Phone #: (717)541-1508  Fax #: (717)541-1509

Invoice Date
3/09/2001

Invoice No.
4127

Employer I.D.
25-1679685

Terms
Net 30 Days

Past due invoices subject to account service fee computed at the rate of 12% per annum, calculated daily on the outstanding past due balance.

To: SARAH YERGER
OFFICE OF THE ATTORNEY GENERAL
STRAWBERRY SQUARE
15TH FLOOR
HARRISBURG, PENNSYLVANIA 17120

Acct # 1,395

RE: SUDERS VS EASTON
Date: 2/23/2001
Case No.: 1:CV-00-1655

SP348432;MCCONNELSBURG, MIFFLIN COUNTY

9985-07

Read & Sign Sent To:

| Description | Qty | Amount | Charges |
|---|---|---|---|
| ORIGINAL TRANSCRIPT - CHRISTINE DAVIS | 56 | 2.35 | 131.60 |
| ORIGINAL TRANSCRIPT - MIKEAL FIX | 35 | 2.35 | 82.25 |
| ATTENDANCE | 1 | 25.00 | 25.00 |
| MILEAGE | 160 | 0.32 | 51.20 |



Total: 292.95

---

**Method of Payment:**

    Check enclosed

☐ ☐ ☐ ☐ ☐

Credit card #

Expiration date

Authorized signature (for credit card payment)

**Remittance Portion**
Please return with payment to insure proper credit.
Mail to:
  Geiger & Loria Reporting Service
  2408 Park Dr., Suite B
  Harrisburg, PA  17110

TOTAL DUE: 0.00

4127  KI

LOCATION:7175411509                RX TIME  04/14 '05 10:05

**Geiger & Loria Reporting Service**
2408 Park Drive, Suite B
Harrisburg, PA 17110
Phone #: (717)541-1508  Fax #: (717)541-1509

| | |
|---|---|
| Invoice Date | 3/15/2001 |
| Invoice No. | 4185 |
| Employer I.D. | 25-1679685 |
| Terms | Net 30 Days |

Past due invoices subject to account service fee computed at the rate of 12% per annum, calculated daily on the outstanding past due balance.

To: SARAH YERGER         Acct #  1,395
OFFICE OF THE ATTORNEY GENERAL
STRAWBERRY SQUARE
15TH FLOOR
HARRISBURG, PENNSYLVANIA 17120

RE: SUDERS VS EASTON
Date: 3/01/2001
Case No.: 1:CV-00-1655

<u>SP348432; HARRISBURG, DAUPHIN COUNTY</u>

9985-07

Read & Sign Sent To:

| Description | Qty | Amount | Charges |
|---|---|---|---|
| ORIGINAL TRANSCRIPT - VIRGINIA SMITH | 44 | 2.35 | 103.40 |
| ORIGINAL TRANSCRIPT - NANCY SUDERS | 194 | 2.35 | 455.90 |
| ATTENDANCE | 1 | 25.00 | 25.00 |



Total:  590.14

---

**Method of Payment:**

      Check enclosed

☐  ☐  ☐  ☐  ☐

Credit card #

Expiration date

Authorized signature (for credit card payment)

**Remittance Portion**
Please return with payment to insure proper credit.
Mail to:
  Geiger & Loria Reporting Service
  2408 Park Dr., Suite B
  Harrisburg, PA 17110

| TOTAL DUE: | 0.00 |
|---|---|

4185    KI

LOCATION:7175411509        RX TIME   04/14 '05 10:05

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NANCY DREW SUDERS** : | |
| Plaintiff : | |
| : | No. 1:CV-00-1655 |
| v. : | |
| : | (Judge Rambo) |
| **PENNSYLVANIA STATE POLICE,** : | |
| Defendant : | (Electronically Filed) |

## CERTIFICATE OF SERVICE

I, SARAH C. YERGER, Senior Deputy Attorney General, hereby certify that I have this day served the foregoing via electronic filing to the following:

Donald Bailey, Esquire
4311 North 6th Street
Harrisburg, PA 17110

Samuel Stretton, Esquire
4311 North 6th Street
Harrisburg, PA 17110

                                              s/Sarah C. Yerger
                                              SARAH C. YERGER
                                              Senior Deputy Attorney General

DATE:  April 28, 2005