IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NANCY DREW SUDERS** | : |
| Plaintiff | : CIVIL ACTION 1: 00-CV-1655 |
| | : (Judge Rambo) |
| v. | : |
| **PENNSYLVANIA STATE POLICE** | : |
| **Defendants** | : |

## CLERK'S TAXATION OF COSTS

May 11, 2005

    Defendant Pennsylvania State Police filed a verified bill of costs in the amount of $1,834.91 for court reporter's charges, copying fees for exhibits, docket fees and witness fees. The expenses listed are taxable under 28 U.S.C. §§ 1920, 1923 and the Local Rules of Court. Plaintiff's objections have been considered and are determined to be without merit.

    **THEREFORE, IT IS ORDERED THAT** costs are taxed against the plaintiff and in favor of defendant Pennsylvania State Police in the amount of $1,834.91. Any party may appeal this decision to the court within five days of taxation. Written specifications of the items objected to and the grounds of objections must be filed and served within five days. LR 54.3.

                                                                                             s/**Mary E. D'Andrea**
                                                                           MARY E. D'ANDREA, Clerk