IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NANCY DREW SUDERS** | : |
| **Plaintiff** | : CIVIL ACTION 1: 00-CV-1655 |
| | : (Judge Rambo) |
| v. | : |
| **PENNSYLVANIA STATE POLICE** | : |
| **Defendants** | : |

## JUDGMENT

Pursuant to the court's amended judgment entered April 7, 2005 and Federal Rule of Civil Procedure 54(d), costs are taxed against the plaintiff Nancy Drew Suders and in favor of the defendant Pennsylvania State Police in the amount of $1,834.91.

ATTEST:

s/**Mary E. D'Andrea**
MARY E. D'ANDREA, Clerk

DATE: May 11, 2005